1
2
3
4
5
6
7
8           United States District Court
9           Central District of California
10

| | |
|---|---|
| AGAPE FAMILY WORSHIP CENTER INC., | Case № 5:15-cv-01465-ODW (SP) |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE RE SETTLEMENT** |
| DONALD RICHARD GRIDIRON JR.; and WESTERN STATES GOLF ASSOCIATION, | |
| Defendants. | |

20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

In light of the Notice of Settlement (ECF No. 102), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, by April 3, 2017, why settlement has not been finalized. No hearing will be held. The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

March 1, 2017

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**