**JS-6**

# United States District Court
# Central District of California

| | |
|---|---|
| AGAPE FAMILY WORSHIP CENTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> DONALD RICHARD GRIDIRON, JR.; WESTERN STATES GOLF ASSOCIATION, <br><br> Defendants. | Case № 5:15-cv-1465-ODW-SP <br><br> **FINAL JUDGMENT** |

On July 22, 2015, Plaintiff Agape Family Worship Center, Inc. filed its original Complaint against Defendants Donald Richard Gridiron, Jr. and Western States Golf Association ("WSGA"). (Compl., ECF No. 1.) Plaintiff filed its operative Second Amended Complaint against Defendants on March 2, 2016. (Second Am. Compl. ("SAC"), ECF No. 32.) In March 2017, Agape and WSGA settled their portion of the case, and on March 22, 2017, the Court dismissed WSGA. (ECF Nos. 102, 107, 108.)

On December 19, 2017, Plaintiff moved for summary judgment on all of its claims against Gridiron. (ECF No. 117.) The Court granted Plaintiff's Motion as to its claims for breach of fiduciary duty, fraud, conversion, and money had and

received. (ECF No. 137.) The Court denied Plaintiff's Motion as to its claims for receipt of stolen property, punitive damages, and attorneys' fees, and dismissed those claims with prejudice. (*Id.*)

It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. Judgment is entered for Plaintiff on its causes of action for fiduciary duty, fraud, conversion, and money had and received.
2. As damages for these claims, Defendant Gridiron shall pay Plaintiff $ 4,615,963.54.
3. Plaintiff's claims for receipt of stolen property, punitive damages, and attorneys' fees are **DISMISSED WITH PREJUDICE**.

The Court **VACATES** all dates and deadlines. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

May 31, 2018

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE